HYMAN NELSON, Respondent, v. BENJAMIN HIRSCH and Others, Defendants, and BENJAMIN PURITZ, Appellant. (Consolidated Appeals.) — Motion to resettle order of December 8, 1933, granted and order resettled by striking therefrom, after the words " reversed on the law," the words " and the facts." Motion for

leave to appeal to the Court of Appeals granted. The question heretofore certified is again certified on the appeal from the resettled order. Present — Lazansky, P. J., Kapper, Carswell, Tompkins and Davis, JJ. [See 240 App. Div. 983; 241 id. 603.]